# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-1814

_____

| | | |
|---|---|---|
| Shirley Hall, individually and as administratrix of the Estate of Robert Hall, deceased Estate of Robert Hall; Vada Smith, individually and as administratrix of the Estate of Robert Hall, deceased Estate of Robert Hall, | * * * * * * * * | |
| | * | Appeal from the United States |
| | * | District Court for the |
| Appellants, | * | Western District of Arkansas. |
| | * | |
| v. | * | [UNPUBLISHED] |
| | * | |
| Union Pacific Railroad Company, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: January 18, 2008
Filed: January 25, 2008

_____

Before BYE, BEAM, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Shirley Hall and Vada Smith appeal the district court's[1] adverse grant of summary judgment in their lawsuit brought on behalf of Robert Hall, the deceased son

_____

[1]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.

and brother of Hall and Smith, respectively, against Union Pacific Railroad Company. Hall and Smith contend the district court erred in concluding a $250,000 settlement they reached with Union Pacific seven days after Robert Hall died could not be enforced because neither of the attorneys who negotiated the settlement were aware of Robert Hall's death when the settlement was reached and the agency of the attorney acting on behalf of Robert Hall had ceased at the time of Robert's death. Hall and Smith further contend the district court erred in determining Robert Hall was an undiscovered trespasser on railroad property when the injuries giving rise to this lawsuit occurred.

Having carefully reviewed the record and considered the arguments advanced by Hall and Smith, we conclude the district court properly granted summary judgment and there is no basis for reversal. Accordingly, we affirm for the reasons set forth in the district court's well-reasoned opinion. See 8th Cir. R. 47B.

_____